IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLLAND C. HANLEY, JR.,

       Plaintiff,                No. 2:03-cv-02313 MCE GGH P

    vs.

SCHMIDT, et al.,

       Defendants.       ORDER

_____/

        Plaintiff has requested an extension of time to file and serve objection to the May 19, 2005 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's June 13, 2005 motion for an extension of time is granted;

        2.  Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the May 19, 2005 findings and recommendations; and

        3.  No further extension of time will be granted.

DATED:   6/20/05

                          /s/ Gregory G. Hollows

                          GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
hanl2313.36